AGGREGATED CHECK STUB SUPPLEMENTAL LIST

392901654

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 06/18/2004
CHECK NUMBER : 091944
CHECK AMOUNT : $ 10.01
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS, FREDERICK | CV012250 | 10.01 |

CV ~~02-2052~~
01-2250 DWF/JGL

Thu Jun 24 10:56:01 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 275030
Cashier sheri

Tender Type CHECK

Check Number: 091944

Transaction Type AR

DO Code 4641 Div No 4 Acct 0869PL

Amount $ 10.01

FREDRICK ROGERS 02-2052/PAID BY STATE OF WI FOX LAKE CORREC INST

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
JUN 24 2004
U.S. DISTRICT COURT ST PAUL