[illegible] CPS-1 V0.? 
[illegible] Minnesota [illegible] NOV 2004 - 10:[illegible]
[illegible] Receipt [illegible]
[illegible]
REGISTER NO: 400

RECEIPT NO: [illegible]

RECEIPT SUB NO: 2 RECEIPT TYPE: [illegible]
RECEIPT DATE: 11/01/04
[illegible] RECEIPT [illegible]
[illegible]

FUND [illegible] CASE NO: [illegible]
PAYMENT TYPE: [illegible]
DEFENDANT: [illegible]

[illegible] ACCOUNT: [illegible]

VOUCHER NO: [illegible] PAYOR NO: [illegible]
[illegible] ROGERS
SUB VOUCHER NO: [illegible] VENDOR NO: [illegible]
[illegible]
[illegible] BUDGET ORG: BUDGET OBJ [illegible]
[illegible] SUB OBJ CLASS:
COST ORG: [illegible] REVENUE [illegible]
[illegible]
REMARKS: FREDRICK ROGERS [illegible]
[illegible] 0:01-CV-2250 [illegible]
REMARKS: SUBSEQUENT PAYMENT OF [illegible]
[illegible] BY STATE OF [illegible] COLUMBIA
POSTED DATE:
[illegible] [illegible] CODE: [illegible]

SCANNED
U.S. DISTRICT COURT ST. PAUL

102830

AGGREGATED CHECK STUB SUPPLEMENTAL LIST

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 10/26/2004
CHECK NUMBER : 102830
CHECK AMOUNT : $ 3.51
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS,FREDERICK | CV012052 | 1.95 |
| 00276699 | ROGERS,FREDERICK | CV012250 | 1.56 |

39290165

RECEIVED
BY U.S. MAIL
2004 NOV -1 AM 9:33
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

SCANNED
U.S. DISTRICT COURT ST. PAUL