Fri Mar 4 11:54:53 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 280934
Cashier sheri

Tender Type CHECK

Check Number: 099903

Transaction Type AR

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4641 | 4 | 5100PL |

Amount $ 10.14

FREDRICK ROGERS 0:01-CV-2250/PAID BY STATE OF WI - FOX LAKE CORREC.

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
MAR 0 4 2005
U.S. DISTRICT COURT MPLS

Case 0:01-cv-02250-DWF-JGL Document 15 Filed 03/04/2005 Page 2 of 3

AGGREGATED CHECK STUB SUPPLEMENTAL LIST

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 02/28/2005
CHECK NUMBER : 099903
CHECK AMOUNT : $ 10.14
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS, FREDERICK | CV012250 | 10.14 |

RECEIVED
BY U.S. MAIL
2005 MAR -4 AM 9:27
U.S. DIST COURT
MINNEAPOLIS, MN

```
[accrecv]                CFS-1 V8.2 -- Minnesota            4 MAR 2005 - 11:45
[I]NQUIRE             Accounts Receivable Maintenance

PAYOR NUMBER  : 392901654        NAME   :
INVOICE NUMBER: 500102250        ADDR1  :
                                 ADDR2  :
                                 CITY   :                ST:   ZIP:
DIVISIONAL OFFICE: 0           IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL   DESC:

OFFICE:     FY: 03   FUND: 5100PL
BUDGET ORG:            BUDGET OBJ CLASS:

DATE OF SERVICE: 01/06/03
LATEST RECEIPT NUMBER: 70043426602
LATEST RECEIPT DATE  : 02/04/05

TOTAL AMT OWED:          90.00
LATEST PAYMENT:           8.14
TOTAL AMT PAID:          79.84
BALANCE OWED  :          10.16
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1437 selected:      4 current:     3
```