Wed Apr 13 11:33:26 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 282511
Cashier sheri

Check Number: 101319

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:5100PL | AR | 2 | 0.02 |
| 2:0869PL | AR | 2 | 11.50 |

Total Amount $ 11.52

FREDRICK ROGERS 0:01-CV-2250/PAID BY STA
TE OF WI

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
APR 13 2005
U.S. DISTRICT COURT MPLS

[accrecv] CFS-1 V8.2 -- Minnesota 13 APR 2005 - 10:05
[I]NQUIRE Accounts Receivable Maintenance

01-CV-2250
DWF/JGL

```
PAYOR NUMBER   : 392901654        NAME    :
INVOICE NUMBER: 500102250         ADDR1   :
                                  ADDR2   :
                                  CITY    :                ST:   ZIP:
DIVISIONAL OFFICE: 0            IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL    DESC:

OFFICE:      FY: 03    FUND: 5100PL
BUDGET ORG:            BUDGET OBJ CLASS:

DATE OF SERVICE: 01/06/03
LATEST RECEIPT NUMBER: 40028093401
LATEST RECEIPT DATE  : 03/04/05

TOTAL AMT OWED:          90.00
LATEST PAYMENT:          10.14
TOTAL AMT PAID:          89.98
BALANCE OWED  :           0.02
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1467 selected:      4 current:      3
```

```
 [accrecv]                  CFS-1 V8.2 -- Minnesota      13 APR 2005 - 10:05
 [I]NQUIRE              Accounts Receivable Maintenance

PAYOR NUMBER   : 392901654        NAME    :
INVOICE NUMBER: 102250            ADDR1   :
                                  ADDR2   :
                                  CITY    :                ST:   ZIP:
DIVISIONAL OFFICE: 0            IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL    DESC:

OFFICE:      FY: 03    FUND: 0869PL
BUDGET ORG:            BUDGET OBJ CLASS:

DATE OF SERVICE: 01/06/03
LATEST RECEIPT NUMBER:          0
LATEST RECEIPT DATE  : **/**/**

TOTAL AMT OWED:          60.00
LATEST PAYMENT:           0.00
TOTAL AMT PAID:           0.00
BALANCE OWED  :          60.00
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1467 selected:      4 current:      4
```

# AGGREGATED CHECK STUB SUPPLEMENTAL LIST

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 04/08/2005
CHECK NUMBER : 101319
CHECK AMOUNT : $ 11.52
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS,FREDERICK | CV012052 | 11.52 |

RECEIVED
BY U.S. MAIL
2005 APR 13 AM 9:00
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN