Fri Sep 2 11:49:53 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 286815
Cashier sheri

Tender Type CHECK

Check Number: 108733

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 10.34

FREDRICK ROGERS 0:01-CV-2250/PAID BY STATE OF WI FOX LAKE

SUBSEQUENT PAYMENT OF FILING FEE

SEP 0 6 2005

```
[accrecv]            CFS-1 V8.2 -- Minnesota              2 SEP 2005 - 11:35
[I]NQUIRE            Accounts Receivable Maintenance

PAYOR NUMBER  : 392901654       NAME   :
INVOICE NUMBER: 102250          ADDR1  :
                                ADDR2  :
                                CITY   :                ST:   ZIP:
DIVISIONAL OFFICE: 0          IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL   DESC:

OFFICE:     FY: 03   FUND: 0869PL
BUDGET ORG:            BUDGET OBJ CLASS:

DATE OF SERVICE: 01/06/03
LATEST RECEIPT NUMBER: 40028251102
LATEST RECEIPT DATE  : 04/13/05

TOTAL AMT OWED:          60.00
LATEST PAYMENT:          11.50
TOTAL AMT PAID:          11.50
BALANCE OWED  :          48.50
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1520 selected:      4 current:     4
```

# AGGREGATED CHECK STUB SUPPLEMENTAL LIST

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 08/31/2005
CHECK NUMBER : 108733
CHECK AMOUNT : $ 10.34
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : US DIST COURT MPLS MINNESOTA
PAYEE ADDRESS : 4TH ROOM 202 ST
P.O. BOX: 300
MINNEAPOLIS, MN 55415

RECEIVED
BY U.S. MAIL
2005 SEP -2 AM 9:02
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00276699 | ROGERS, FREDERICK | CV012250 | 10.34 |