01-2250

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641007150
Cashier ID: jnurnber
Transaction Date: 09/25/2006
Payer Name: STATE OF WI DODGE CORR INST

---

PLRA CIVIL FILING FEE
For: FREDRICK ROGERS
Case/Party: D-MNX-0-01-CV-002250-001
Amount: $4.94

---

CHECK
Check/Money Order Num: 083465
Amt Tendered: $4.94

---

Total Due: $4.94
Total Tendered: $4.94
Change Amt: $0.00

SCANNED
SEP 27 2006
U.S. DISTRICT COURT MPLS