01-2250

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641014772
Cashier ID: jnurnber
Transaction Date: 07/16/2007
Payer Name: STATE OF WI RACINE CORR INST

PLRA CIVIL FILING FEE
For: FREDRICK ROGERS
Case/Party: D-MNX-0-01-CV-002250-001
Amount: $9.65

CHECK
Check/Money Order Num: 128093
Amt Tendered: $9.65

Total Due: $9.65
Total Tendered: $9.65
Change Amt: $0.00

SCANNED
JUL 20 2007
U.S. DISTRICT COURT MPLS